IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          No. 2:12-CR-080
                                  )
KEVIN MICHAEL ANDIES              )


# O R D E R


This criminal case is before the court on the October 31, 2012 report and

recommendation ("R&R") of Chief United States Magistrate Judge Dennis H. Inman [doc.

34]. Magistrate Judge Inman recommends that the defendant's motion to suppress [doc.21]

be denied. There have been no objections filed within the time allowed by 28 U.S.C. §

636(b), and no transcript of the hearing on the motion has been filed.

*De novo* review by the district court of a magistrate judge's report and

recommendation is both statutorily and constitutionally required. *See United States v. Shami*,

754 F.2d 670, 672 (6th Cir. 1985). However, it is necessary only to review "those portions

of the report or specified proposed findings or recommendations to which objection is made."

28 U.S.C. § 636(b)(1).

Even though no objections have been filed, the undersigned has nonetheless

reviewed the R&R, the defendant's motion, the parties' briefing, and the challenged search

warrant and supporting affidavit. Finding itself in agreement with the magistrate judge, the

court **ADOPTS** the findings of fact and conclusions of law set out in Magistrate Judge

Inman's report and recommendation [doc. 34]. It is **ORDERED** that the defendant's motion to suppress [doc. 21] is **DENIED**.

       **IT IS SO ORDERED.**

                            ENTER:

                                       _____s/ Leon Jordan_____
                                        United States District Judge